NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIGITAL REG OF TEXAS, LLC,**
*Plaintiff-Appellant*

**v.**

**ADOBE SYSTEMS INCORPORATED,**
*Defendant-Cross-Appellant*

---

2015-1266, 2015-1708, 2015-1709, 2015-1753

---

Appeals from the United States District Court for the Northern District of California in No. 4:12-cv-01971-CW, Judge Claudia Wilken.

---

## JUDGMENT

---

ANDREW DINOVO, DiNovo, Price, Ellwanger & Hardy LLP, Austin, TX, argued for plaintiff-appellant. Also represented by JAY D. ELLWANGER, NICOLE E. GLAUSER.

EDWARD R. REINES, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for defendant-cross-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MAYER, and STOLL, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 8, 2016                     /s/ Daniel E. O'Toole
       Date                       Daniel E. O'Toole
                                  Clerk of Court